Roy H. Rufi, appellant, v. Walter G. Critchlow, trading as Walter G. Critchlow Organization, appellee. Gen. No. 9,001.

Opinion filed January 17, 1936.

Frank E. Maynard, for appellant. Hadley, Weaver & Woodward and C. H. Linscott, for appellee; Harry G. Weaver and John S. Woodward, of counsel.

Mr. Justice Dove delivered the opinion of the court.

The W. T. Rawleigh Company, appellant, v. Robert G. Kelly and Mathew J. Andrew, appellees. Gen. No. 9,013.

Opinion filed January 17, 1936.

Wm. Biester, for appellant. William L. Pierce and Alexander J. Strom, for appellees.

Mr. Justice Dove delivered the opinion of the court.

S. C. Andrus et al., plaintiffs in error, v. Clarance E. Fort et al., defendants in error. Gen. No. 8,900.

Opinion filed January 17, 1936. Rehearing denied April 6, 1936.

North, Gibboney & North and William L. Pierce, for plaintiffs in error. Welsh & Welsh and Hall & Dusher, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.

Thomas C. Young et al., appellees, v. Wilbur Laurent, appellant. Gen. No. 8,960.

Opinion filed January 17, 1936.

North, Gibboney & North, for appellant. Knight & Lupton and J. E. Goembel, for certain appellees. Edward S. Foltz, Jr., for certain other appellees.

Mr. Justice Wolfe delivered the opinion of the court.